NUMBER 13-01-191-CV


COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS


CORPUS CHRISTI

____________________________________________________________________


WILLIAM DAVID GOLDEN , Appellant,

v.

THOMAS PRASIFKA, ET AL. , Appellees.

____________________________________________________________________


On appeal from the 343rd District Court

of Bee County, Texas.

____________________________________________________________________


O P I N I O N

Before Chief Justice Valdez and Justices Hinojosa and Yañez

Opinion Per Curiam



Appellant, WILLIAM DAVID GOLDEN , attempted to perfect an appeal from an order entered by the 343rd District Court
of Bee County, Texas, in cause no. B-01-0005-0-IL-C-1 . The clerk's record was received on March 29, 2001 . 

Upon review of the clerk's record, it appeared that the record did not contain a final appealable order. Pursuant to Tex. R.
App. P. 42.3, notice of this defect was given so that steps could be taken to correct the defect, if it could be done. 
Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of this notice, the appeal
would be dismissed for want of jurisdiction. Appellant failed to file a response as requested by this Court's notice. 

The Court, having considered the documents on file and appellant's failure to respond to this Court's notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 12th day of July, 2001 .